

### Ex parte Marion COOK.
### No. 19033.

Court of Criminal Appeals of Texas.

April 28, 1937.

R. L. Sullivan, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

This is an appeal from the order of the judge of the Criminal District Court of Dallas County, refusing to discharge the relator from the custody of the sheriff of said county upon the hearing of his application for a writ of habeas corpus.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

### Lewis Rouland HIGGINS v. STATE.
### No. 19103.

Court of Criminal Appeals of Texas.

May 5, 1937.

Joe Spurlock, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for fifty years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Frank MILLER v. STATE.
### No. 19046.

Court of Criminal Appeals of Texas.

April 21, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### A. D. ROBERSON v. STATE.
### No. 19011.

Court of Criminal Appeals of Texas.

April 21, 1937.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft, a misdemeanor, is the offense; penalty assessed at confinement in the county jail for six months and a fine of $150.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.